| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | **Order Filed on June 16, 2021**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br><br>   JENNIFER L. MACLEAN | Case No.:  20-15246 RG<br><br>Hearing Date:  6/16/2021 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 16, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): JENNIFER L. MACLEAN

Case No.: 20-15246

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/16/2021 on notice to JAMES C. ZIMMERMANN, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,906.00 starting on 7/1/2021 for the remaining 46 month(s); and it is further

- ORDERED, that the Debtor(s) must pay the Trustee $1906 by 6/17/2021 or the case will be dismissed upon certificaton of the Trustee; and it is further

- ORDERED, that the Debtor(s) must pay the Trustee $1906 by 6/30/2021 or the case will be dismissed upon certificaton of the Trustee.; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>    JENNIFER L. MACLEAN | Case No.:  20-15246 RG<br><br>Hearing Date:  6/16/2021 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor(s): JENNIFER L. MACLEAN

Case No.: 20-15246

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/16/2021 on notice to JAMES C. ZIMMERMANN, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,906.00 starting on 7/1/2021 for the remaining 46 month(s); and it is further

- ORDERED, that the Debtor(s) must pay the Trustee $1906 by 6/17/2021 or the case will be dismissed upon certificaton of the Trustee; and it is further

- ORDERED, that the Debtor(s) must pay the Trustee $1906 by 6/30/2021 or the case will be dismissed upon certificaton of the Trustee.; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.