Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  20−15246−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer L. MacLean
   aka Jennifer L Tyska − MacLean
   11 Shawnee Trail
   Sparta, NJ 07871

Social Security No.:
   xxx−xx−6069

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/22/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 22, 2022
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-15246-RG

Jennifer L. MacLean  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4
Date Rcvd: Apr 22, 2022  Form ID: 148  Total Noticed: 56

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer L. MacLean, 11 Shawnee Trail, Sparta, NJ 07871-1515 |
| 518791906 | + | Barclays Credit Card, PO Box 2460, Cranberry Twp, PA 16066-1460 |
| 518791908 | + | CBCS, PO Box 2589, Columbus, OH 43216-2589 |
| 518791907 | | Capital One Auto Finance, PO Box 50511, City of Industry, CA 91716-1515 |
| 518791911 | + | Cletic Bank, Continental Finance, PO Box 8099, Newark, DE 19714-8099 |
| 518791923 | + | Inbox Loan, PO Box 881, Santa Rosa, CA 95402-0881 |
| 518869329 | + | Morristown Medical Center, CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518791930 | + | NJ Bariatric Institute LLC, PO Box 826824, Philadelphia, PA 19182-6824 |
| 518791931 | + | NJ Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |
| 518791932 | + | Oil Guy, A division of NRG Heat and Power, PO Box 22, Rockaway, NJ 07866-0022 |
| 518791937 | + | Somerset Surgical Center, 1081 US Highway 22, Bridgewater, NJ 08807-2921 |
| 518791938 | + | Specialized Loan Servcing, 6200 S. Quebec Street, Greenwood Village , CO 80111-4720 |
| 519479565 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519479566 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720 |
| 518840389 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2688 |
| 518791939 | + | Summit Medical Group, P.O Box 14000, Belfast, ME 04915-4033 |
| 518791940 | + | Sussex County Endodontics, 63 Newton Sparta Road, Suite 201, Newton, NJ 07860-2815 |
| 518791942 | + | The Grogan Law Group, LLC, Atty for AHS Hospital Corp., 17 Prospect Street, Morristown, NJ 07960-6862 |
| 518864238 | + | The Lake Mohawk Country Club, 21 The Boardwalk, Sparta NJ 07871-1806 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Apr 23 2022 00:33:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| 518791903 | + | Email/Text: mreed@affcollections.com | Apr 22 2022 20:36:00 | AHS Hospital Corp, Newton Medial Center, c/o Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 518798515 | | EDI: PHINAMERI.COM | Apr 23 2022 00:33:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518791905 | + | EDI: CITICORP.COM | Apr 23 2022 00:33:00 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518791904 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 22 2022 20:36:00 | Alliance One, 411 Eagleview Blvd, Exton, PA 19341-1167 |
| 518800641 | + | EDI: PHINAMERI.COM | Apr 23 2022 00:33:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX |

District/off: 0312-2                           User: admin                                    Page 2 of 4
Date Rcvd: Apr 22, 2022                      Form ID: 148                          Total Noticed: 56

| | | | |
|---|---|---|---|
| | | | 76096-3853 |
| 518827904 | + EDI: TCISOLUTIONS.COM | Apr 23 2022 00:33:00 | BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 518799916 | + EDI: AISACG.COM | Apr 23 2022 00:33:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518828589 | + EDI: AISACG.COM | Apr 23 2022 00:33:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518791909 | + Email/Text: bankruptcy@certifiedcollection.com | Apr 22 2022 20:36:00 | Certified Credit Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518791910 | + EDI: CITICORP.COM | Apr 23 2022 00:33:00 | Citibank Universal Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 518791912 | + EDI: WFNNB.COM | Apr 23 2022 00:33:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518791913 | + EDI: WFNNB.COM | Apr 23 2022 00:33:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518791914 | + EDI: CRFRSTNA.COM | Apr 23 2022 00:33:00 | Credit First, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 518791915 | + EDI: CRFRSTNA.COM | Apr 23 2022 00:33:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 518791916 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 22 2022 20:41:14 | Credit One, PO Box 60500, City of Industry, CA 91716-0500 |
| 518791917 | + Email/Text: electronicbkydocs@nelnet.net | Apr 22 2022 20:36:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518791921 | + EDI: PHINAMERI.COM | Apr 23 2022 00:33:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 518791922 | + Email/Text: lori.rudolph@atlantichealth.org | Apr 22 2022 20:37:00 | Hackettstown Regional Medical Center, 651 Willow Grove Street, Hackettstown, NJ 07840-1797 |
| 518791925 | EDI: IRS.COM | Apr 23 2022 00:33:00 | IRS, PO Box 931000, Louisville, KY 40293-1000 |
| 518831771 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2022 20:41:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518791926 | Email/Text: ml-ebn@missionlane.com | Apr 22 2022 20:36:00 | Lendup Card Svc/missio, Po Box 105286, Atlanta, GA 30304 |
| 518791927 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2022 20:41:33 | Merick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 518791928 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2022 20:41:14 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518791929 | + EDI: PHINGENESIS | Apr 23 2022 00:33:00 | Milestone Genesis Card, PO Box 84059, Columbus, GA 31908-4059 |
| 518855337 | EDI: Q3G.COM | Apr 23 2022 00:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518791933 | + Email/Text: clientservices@remexinc.com | Apr 22 2022 20:36:00 | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518791934 | + Email/Text: clientservices@remexinc.com | Apr 22 2022 20:36:00 | Remex Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 518791935 | + Email/Text: clientservices@simonsagency.com | Apr 22 2022 20:37:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 518791936 | + Email/Text: clientservices@simonsagency.com | Apr 22 2022 20:37:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |

District/off: 0312-2 User: admin Page 3 of 4

Date Rcvd: Apr 22, 2022 Form ID: 148 Total Noticed: 56

| 518791938 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
|---|---|---|---|
| | | Apr 22 2022 20:36:00 | Specialized Loan Servcing, 6200 S. Quebec Street, Greenville Village , CO 80111-4720 |
| 518840389 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Apr 22 2022 20:36:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519479565 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Apr 22 2022 20:36:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519479566 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Apr 22 2022 20:36:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518791941 | EDI: TDBANKNORTH.COM | | |
| | | Apr 23 2022 00:33:00 | TD Bank, 3470 Quackerbridge Road, Mercerville, NJ 08619 |
| 518816780 | + EDI: LCIFULLSRV | | |
| | | Apr 23 2022 00:33:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518791943 | + EDI: TCISOLUTIONS.COM | | |
| | | Apr 23 2022 00:33:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 519500675 | + Email/Text: mtgbk@shellpointmtg.com | | |
| | | Apr 22 2022 20:36:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, US Bank Trust National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 519500674 | + Email/Text: mtgbk@shellpointmtg.com | | |
| | | Apr 22 2022 20:36:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, PO BOX 183853, Arlington, TX 76096-3853 |
| 518791918 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518791919 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518791920 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518791924 | * | Internal Revenue Service, PO Box 37004, Hartford, CT 06176-7004 |
| 518864543 | *+ | Lake Mohawk Country Club, 21 The Boardwalk, Sparta, NJ 07871-1806 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 24, 2022 Signature: /s/Gustava Winters

District/off: 0312-2                                   User: admin                                        Page 4 of 4
Date Rcvd: Apr 22, 2022                          Form ID: 148                                   Total Noticed: 56

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com |
| James C. Zimmermann | on behalf of Debtor Jennifer L. MacLean jim@jzlawyer.com  office@jzlawyer.com |
| John R. Morton, Jr. | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6